# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00548-LTB-01 |
| | USM Number: 32267-013 |
| JARED LYNN GOUGH<br>a/k/a Jeremy L. Gough<br>a/k/a Clinton James Swiney | Scott T. Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/28/11 |
| 2 | Possession and Use of a Controlled Substance | 01/19/12 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 16, 2012
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

October 22, 2012
Date

DEFENDANT: JARED LYNN GOUGH
CASE NUMBER: 03-cr-00548-LTB-01  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report for Substance Abuse Counseling as Directed by the Probation Officer | 02/01/12 |
| 4 | Failure to Report for Drug Testing as Directed by the Probation Officer | 02/01/12 |
| 5 | Failure to Follow Instructions of the Probation Officer | 01/05/12 |
| 6 | Failure to Work Regularly | 01/2012 |
| 7 | Failure to Report Police Contact within 72 Hours as Directed by the Probation Officer | 10/14/11 |
| 8 | Failure to Report Change in Residence to the Probation Officer | 01/05/12 |
| 9 | Violation of the Law | 02/05/12 |

DEFENDANT:  JARED LYNN GOUGH
CASE NUMBER:  03-cr-00548-LTB-01                                                            Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to run consecutive with the sentence the defendant is currently serving in the Wyoming Department of Corrections.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal